# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1589
_____

EMMETT A. WILLIAMS,

Appellant,

v.

JUNESKA PERSON,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

September 8, 2021


PER CURIAM.

AFFIRMED.

RAY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rook Elizabeth Ringer of the Lento Law Group, P.A., St. Augustine, for Appellant.

Stanley H. Griffis, III, of The Griffis Law Firm, LLC, Chiefland, for Appellee.